# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED RENTALS NORTHWEST, INC.,**

    **Plaintiff/Counter-Defendant,**

vs.                                      NO. CIV 08-0443 RB/DJS

**FEDERATED MUTUAL INSURANCE CO.,**

    **Defendant/Counter-Plaintiff/**
    **Cross-Claimant,**

and

**INGRID MAGOFFE, as Personal Representative of the ESTATE OF ANTHONY MAGOFFE, Deceased, Individually, and as Next Friend of her minor children, ANTHONY JAMES MAGOFFE, and JIMMY MAGOFFE, AZUCENA MICHEL, as Personal Representative of the ESTATE OF CAMERINO MICHEL RAMERIZ, Deceased, Individually, and as Next Friend of her minor children, MELISSA ORNELAS MICHEL, ANTHONY ORNELAS MICHEL, and MELANIE ORNELAS MICHEL, and JAMES MAGOFFE, Individually,**

    **Defendants/Cross-Defendants,**

**FEDERATED MUTUAL INSURANCE CO.,**

    **Third-Party Plaintiff,**

v.

**YEAROUT MECHANICAL ENGINEERING,**

    **Third-Party Defendant.**

## JUDGMENT

**THE COURT**, having issued a Memorandum Opinion and Order on June 5, 2009, enters

this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure.  Judgment is entered in favor of Defendant Federated Mutual Insurance Co. and against Plaintiff United Rentals Northwest, Inc.

    **IT IS SO ORDERED.**

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**